IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CORDERRO R. BRITTEN,**

    *Plaintiff*,

v.                                    Case No.: 4:24cv131-MW/MAF

**SGT. SPREAKER,**

    *Defendant*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 14, is **accepted and adopted** as this Court's opinion. Plaintiff's Eighth Amendment failure-to-protect claims against Defendant Spreaker in his individual capacity may proceed. Plaintiff's claims for actual damages, mental and emotional damages, and punitive damages may proceed.

The official capacity claims and claims for injunctive relief are **DISMISSED**.

This case is **REMANDED** to the Magistrate Judge for further proceedings consistent with this Order.

**SO ORDERED on June 24, 2024.**

s/Mark E. Walker                    
**Chief United States District Judge**
