IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CORDERRO R. BRITTEN,**
**DOC # A51441,**

    *Plaintiff,*

v.                                                             **Case No.: 4:24cv131-MW/MAF**

**SERGEANT SPRECHER,**

    *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 60. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 60, is **accepted and adopted** as this Court's opinion. Defendant's motion to dismiss, ECF No. 45, is **GRANTED**. The Clerk shall enter judgment stating, "This action is **DISMISSED** for failure to exhaust administrative remedies." The Clerk shall close the file.

**SO ORDERED on January 6, 2026.**

                                                   **s/Mark E. Walker**
                                                   **United States District Judge**